1  MICHAEL J. McCUE (Nevada Bar #6055)
2  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, Nevada 89169
   Tel: (702) 949-8224
4  Fax: (702) 949-8363

5  *Attorneys for Plaintiff*
   *Victoria Partners*

6

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9

| | |
|---|---|
| VICTORIA PARTNERS, a Nevada general partnership, | Case No.: **2:09-cv-02375-GMN-RJJ** |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER** |
| vs. | |
| RODEO SPORTS PROMOTION, L.P., a Texas limited partnership, | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A), Plaintiff hereby dismisses this action with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED this 29th day of September, 2010.

LEWIS AND ROCA LLP


  /s/ Michael J. McCue
MICHAEL J. McCUE (Nevada Bar #6055)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8224
Fax: (702) 949-8363

*Attorneys for Plaintiff*
*Victoria Partners*

# **ORDER**

IT IS HEREBY ORDERED that the above-referenced case be dismissed.

DATED this 30th day of September, 2010.

_____
Gloria M. Navarro
United States District Judge

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

554621.1